■ RYAN RODRIGUEZ et al., Respondents, v COLUMBIA PICTURES INDUSTRIES, INC., Appellant, et al., Defendants. [64 NYS3d 535]—

Order, Supreme Court, New York County (Joan A. Madden, J.), entered on or about July 26, 2016, which, insofar as appealed from, denied defendant Columbia Pictures Industries, Inc.'s motion for summary judgment dismissing the common-law negligence and Labor Law § 200 claims as against it, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.

Plaintiff Ryan Rodriguez was injured while working on the set of a movie for which defendant was the production company.

448

Defendant demonstrated prima facie that it is entitled to benefit, as plaintiff's "special employer," from the exclusive remedy doctrine of the Workers' Compensation Law (*see* Workers' Compensation Law § 11; *Fung v Japan Airlines Co., Ltd.*, 9 NY3d 351, 358-359 [2007]).

In opposition, plaintiff failed to raise an issue of fact. Concur—Manzanet-Daniels, J.P., Mazzarelli, Kapnick and Webber, JJ.